```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF DELAWARE
```

MAGSIL CORPORATION, et al.     :     CIVIL ACTION
                               :
         vs.                   :
                               :
SEAGATE TECHNOLOGY, et al.     :     NO.  08-940

## NOTICE

    Please be advised that a STATUS conference in the above-captioned case will be held on **MAY 18, 2009** at 2:30 p.m. before the **Honorable Harvey Bartle, III** in courtroom 16A, U.S. District Courthouse, 601 Market Street, Philadelphia, PA.

    If trial counsel is on trial in a court of record prior to the time of the conference, the Judge and opposing counsel should be advised of this in writing at the earliest possible date and another attorney in such trial counsel's office, who should be as familiar as is feasible with the case and have authority from the client and an evaluation of the case for settlement purposes, should appear at the conference.

    Failure to comply with this directive may result in the imposition of sanctions.

    The conference will be continued to another date only in exceptional cases.

    Attached is a Case Status Report form which you are to complete and forward to Chief Judge Bartle at least three (3) days prior to the conference. **Please do not have this form docketed.**

                                       Very truly yours,

                                       Katherine M. Gallagher
                                       Deputy Clerk to Chief Judge Bartle
                                       267-299-7389
                                       5/1/09

cc: Jack B. Blumenfeld, Esq. - Rodger D. Smith, II, Esq
    David Sochia, Esq. - Steven J. Polinger, Esq.
    John W. Shaw, Esq. - Megan C. Haney, Esq.
    Calvin L. Litsey, Esq. - Chad M. Drown, Esq. -
      Christopher J Burrell, Esq. - David F.Gross, Esq.
      Jeya Paul, Esq. - Katherine S. Razavi, Esq.

```
     Mary C. Yeager, Esq. - Theodore M. Budd, Esq.
       Timothy E. Grimsrud, Esq. - Kevin Wagner, Esq.
   Christopher D. Bright, Esq. - Daniel R. Foster, Esq. -
       Vera M. Elson, Esq.
   Francis DiGiovanni, Esq.
   David Ellis Moore, Esq. - Richard L. Horwitz, Esq.
   Gerald Sekimura, Esq. - Margaret E. Day, Esq. -
       Mark D. Fowler, Esq. - Vincent S. Lam, Esq.
   Frederick L. Cottrell, III - Jeffrey L. Moyer, Esq. -
         Sarah R. Stafford, Esq.
   Michael J. Bettinger, Esq. - Stephen M. Everett, Esq.
   Elena C. Norman, Esq.
   Blaney Harper, Esq. - Garfield B. Simms, Esq.
```

<u>CASE STATUS REPORT</u>

Civil Action No.: _____          Jury (__)   Non-Jury (__)

Caption of Case: _____

Date Service of Process Made: _____

Name of Trial Counsel: _____

Representing: _____

Law Firm: _____

Address: _____

Telephone No.:  (_____)_____

1. This case has been/should be consolidated with Civil Action No.(s): _____

2. If this case should be consolidated with another civil action, state the reason why it should be consolidated. _____

3. By what date can discovery be completed? _____

4. Do you anticipate using any expert witnesses? _____

5. By what date will this case be ready for trial? _____

6. What is the total time necessary to present your case? _____

7. What portion of this is liability? _____   Damages? _____

8. What is your estimate of the total time required for the entire trial? _____

9. Would an early settlement conference be helpful in effecting a settlement of this case?  Yes (___)        No (___)

10. If the answer is "yes," when would be the most appropriate time for such a conference? _____

11. Do you have any special comment to make or special issue or problem to raise concerning the case?  If so, please use the reverse side.
--------------------------------------------------------------------
12. THE FOLLOWING CERTIFICATION <u>MUST</u> BE EXECUTED BY COUNSEL:

   I HEREBY CERTIFY THAT PRIOR TO SUBMITTING THIS FORM <u>I SPOKE</u> WITH COUNSEL FOR ALL OTHER PARTIES AND CAREFULLY EXPLORED SETTLEMENT OF THIS ACTION.

_____     _____
Counsel for                      Date