IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MAGSIL CORP., et al.           :       CIVIL ACTION
                               :
         v.                    :
                               :
SEAGATE TECHNOLOGY, et al.     :       NO. 08-940

FOURTH SCHEDULING ORDER

AND NOW, this 18th day of October, 2010, following a hearing with counsel, it is hereby ORDERED that:

1. The Third Scheduling Order dated September 10, 2010 is VACATED.

2. All depositions of experts shall be completed on or before November 5, 2010.

3. Any summary judgment motion or other dispositive motion, together with supporting brief, shall be filed and served on or before November 30, 2010.  Any responsive brief shall be filed and served on or before December 31, 2010, and any reply brief shall be filed and served on or before January 14, 2011. Every factual assertion in a brief shall be supported by a citation to the record where that fact may be found.

4. No brief filed in support of or in opposition to motions shall exceed 25 pages in length without prior leave of court, except that briefs filed in support of summary judgment or dispositive motions shall not exceed 45 pages.

     5. All parties shall prepare and file with the Clerk of Court their <u>Pretrial Memoranda</u> and <u>any motions in limine</u> as follows:

        A. Plaintiff(s) - on or before March 18, 2011; and

        B. Defendant(s) - on or before March 25, 2011.

     6. The Court will hold a final pretrial and settlement conference to be scheduled after the conclusion of discovery.

     7. The case will be placed in the trial pool on April 1, 2011.

     8. Any party having an objection to: (A) the admissibility for any reason (except relevancy) of any evidence expected to be offered or (B) the adequacy of the qualifications of an expert witness expected to testify shall set forth separately each such objection in its <u>Pretrial Memorandum</u>. Such objection shall describe with particularity the ground and the legal authority for the objection.

     9. The <u>Pretrial Memorandum</u> shall also identify the other significant legal issues involved in the case, together with appropriate citations and other legal authority.

     10. If any party desires an "offer of proof" as to any witness or exhibit expected to be offered, that party shall inquire of counsel <u>prior to trial</u> for such information. If the inquiring party is dissatisfied with any offer provided, such

party shall file a motion seeking relief from the Court prior to trial.

      11.  At least five (5) working days before the case is placed in the trial pool, each party shall submit to the court, and serve on each other, two (2) copies of proposed points for charge and any proposed special jury interrogatories.  Each point for charge or proposed jury interrogatory shall be numbered and shall be on a separate sheet of paper identifying the name of the requesting party.  Supplemental points for charge will be permitted during and at the conclusion of the trial.  Points for charge should be accompanied by appropriate citations of legal authority.

      12.  If a party uses any version of the Word Perfect word processing system, it is urged to provide the court with a disk containing the proposed points for charge and proposed special jury interrogatories.

      13.  Before commencement of trial, counsel will pre-mark and exchange all exhibits.  The court should be supplied with two (2) separate sets of exhibits, and a schedule of exhibits which shall briefly describe each exhibit.

                                    BY THE COURT:

                                    /s/ Harvey Bartle III
                                    Harvey Bartle III      C.J.
                                    SITTING BY DESIGNATION